**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE**: Sandra E. Stetler a/k/a Sandra E. Arasin<br>Debtor | Bankruptcy No. 21-13382 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>Movant | Chapter 13 |
| vs. | |
| Sandra E. Stetler a/k/a Sandra E. Arasin<br>Debtor | |
| Kenneth E. West<br>Trustee | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Debtor**, Sandra E. Stetler,** has filed a **Motion to Modify the Plan Post Confirmation.**

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your view on the Motion, then on or before **January 9, 2024** you or your attorney must do **all** of the following:

    **a)** file an answer explaining your position at U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107 - 4299. If you mail your answer to the Bankruptcy Clerk's

office for filing, you must mail it early enough so that it will be received on or before the date stated above:

**b)**     mail a copy to Movants attorney:

    **Diana M. Dixon, Esquire**
    **107 N. Broad Street**
    **Suite 307**
    **Doylestown, PA  18901**
    **Ph:**     **215-534-1258**
    **Fax:**     **215-348-9879**

**2.**     If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

**3.**     **A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on January 30, 2024, at 10:00 a.m. in Courtroom 4, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA  19107-4299 or telephonically.**

**4.**     If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

**5.**     You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**DATE:  December 19, 2023**

                                                                     **<u>S/ Diana M. Dixon</u>**
                                                                     **Diana M. Dixon**
                                                                       **107 N. Broad Street**
                                                                       **Doylestown, PA  18901**