UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Sandra E. Stetler                                   Bankruptcy No. 21-12360

                      Debtor                                          Chapter 13

### CERTIFICATION OF NO RESPONSE

**Diana M. Dixon**, Attorney for the Debtor in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed in regards to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

Date: January 28, 2024                               S/Diana M. Dixon, Esq.
                                                                 Diana M. Dixon, Esq.