UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**: Sandra E. Stetler a/k/a<br>Sandra E. Arasin<br>   Debtor | Bankruptcy No. 21-13382 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>   Movant | Chapter 13 |
| vs. | |
| Sandra E. Stetler a/k/a<br>Sandra E. Arasin<br>   Debtor<br><br>Kenneth E. West<br>   Trustee | |

### CERTIFICATION OF NO RESPONSE

**Diana M. Dixon**, Attorney for the Debtor in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regards to the Motion to Modify the Plan Post Confirmation on or before January 28, 2024 which is more than twenty-one (21) days from when the Motion was served.

                  S/Diana M. Dixon, Esq.
                  Diana M. Dixon, Esq.