UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**: Sandra E. Stetler a/k/a Sandra E. Arasin<br>Debtor | Bankruptcy No. 21-13382 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>Movant | Chapter 13 |
| vs. | |
| Sandra E. Stetler a/k/a Sandra E. Arasin<br>Debtor | |
| Kenneth E. West<br>Trustee | |

**AND NOW,** upon consideration of the Debtor's Motion to Modify Plan Post Confirmation **(Doc. #47)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's First Modified Plan Post Confirmation **(Doc. # 45)** is **APPROVED**.

Date:  Jan. 30, 2024

_____
Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**