**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| In re: | Case No. 21-12360 |
| SANDRA E. STETLER, | Chapter Chapter 13 |
| Debtor(s). | |

**NOTICE OF SATISFACTION OF PROOF OF CLAIM**

NOW COMES, SYNCHRONY BANK and hereby provides notice the Proof of Claim 6, filed by SYNCHRONY BANK on August 27, 2021, in the amount of $679.05, is satisfied.

DATED: December 16, 2024

/s/ Jordan Morrison
Jordan Morrison
Representative for SYNCHRONY BANK
749 GATEWAY, SUITE G-601
ABILENE, TX 79602
Phone: 877-332-3543
Email: bncmail@w-legal.com

48016807

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| In re: | |
| SANDRA E. STETLER, | Case No. 21-12360 |
| | Chapter Chapter 13 |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

I, JORDAN MORRISON, HEREBY CERTIFY, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, a true and correct copy of the foregoing Notice of Satisfaction of Proof of Claim No. 6 was electronically filed using the Court's ECF system, which will send notification of such filing, or by first-class mail, postage prepaid, on December 16, 2024 to the following parties:

Trustee via ECF Mail:
KENNETH E. WEST
ecfemails@ph13trustee.com

Debtor(s) Counsel via ECF Mail:
DIANA M DIXON
dianamdixonesq@gmail.com

Dated: December 16, 2024

/s/ Jordan Morrison
Jordan Morrison