**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE**: Sandra E. Stetler | Bankruptcy No. 21-12360 |
| Debtor | Chapter 13 |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

The Debtor, Sandra E. Stetler, has filed a Motion to Modify the Plan Post Confirmation for the reasons stated in the Motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the Court to consider your views on the Motion, then on or before **April 2, 2025, you or your Attorney must file a response to the Motion** (see Instructions on the next page)

2. A hearing on the Motion is scheduled to be held **April 15, 2025** at **10:00** a.m. Unless the court orders otherwise, the hearing on this matter will be conducted in the following format:

    Video Conference using the following teleconference link: 646-828-7666 and meeting ID: 160-6807-8081. If no link is provided, the video conference link will be included on the hearing calendar.

3. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. **If you are required to file documents electronically by Local rule 5005-2,** you must file your response electronically.

2. **If you are not required to file documents electronically,** you must file your response at

    United States Bankruptcy Court
    Robert N.C. Nix, Sr. Federal Courthouse
    900 Market Street
    Suite 400
    Philadelphia, PA  19107

3. **If you mail your response** to the bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 1 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney


    S/Diana M. Dixon, Esquire
    Diana M. Dixon, Esquire
    104 S. Wayne Avenue
    PO Box 8333
    Wayne, PA  19087
    Phone: 215-534-1258
    Fax: 215-348-9879
    E-Mail: dianamdixonesq@gmail.com


Dated: March 12, 2025