**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sandra E. Stetler                                    Bankruptcy No. 21-12360

              Debtor                                    Chapter 13

**CERTIFICATION OF SERVICE**

    Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on March 12, 2025, pursuant to the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania, she did post, by regular mail, postage prepaid, a copy of the Motion to Modify the Plan Post Confirmation as well as the Notice, Response Deadline and Hearing Date to the creditors on the matrix, all parties in interest and on the service list as well as all creditors who entered an appearance and by electronic means to the following:

Kenneth E. West, Trustee
PO Box 40837
Philadelphia, PA  19107

Office of the United States Trustee
Robert N C Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Sandra E. Stettler
874 W. Cedarville Road
Pottstown, PA  19465

    The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

                                                   S/Diana M. Dixon, Esq.
                                                    Diana M. Dixon, Esq.
                                                    107 N. Broad Street   Suite 307
                                                    Doylestown, PA  18901
                                                    215-534-1258