**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE**:  Sandra E. Stetler | Bankruptcy No. 21-12360 |
| Debtor | Chapter 13 |

## SUPPLEMENTAL FEE APPLICATION

**TO THE HONORABLE ASHELY M. CHAN, CHIEF BANKRUPTCY JUDGE:**

**1.**      These fees are associated with a Motion to Modify the Plan after Confirmation.

**2.**      Debtor's counsel seeks Supplemental Fee Approval for services rendered and seeks compensation in the amount of $1,000.00 through the modified plan.

**3.**      Itemized time and billing for the services exceeds the original application amount and is attached hereto as Exhibit A.

      **WHEREFORE,** the Debtor prays that this Honorable Court enter an order approving this Supplemental Fee Application under Local Rule 2016-2.

Date: March 17, 2025

      S/Diana M. Dixon
      Diana M. Dixon, Esq.
      107 N. Broad Street
      Doylestown, PA 18901