## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Sandra E. Stetler                    **Bankruptcy No. 21-12360**

            **Debtor**                              **Chapter 13**


### CERTIFICATION OF SERVICE

Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on **March 17, 2025** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did mail a true and correct copy of the Supplemental Fee Application, together with the associated Order and Notice to all creditors listed on the Matrix, Clerk's Service List and parties who have entered an appearance by first class mail, postage prepaid and by electronic means to the Chapter 13 Trustee, US Trustee and Debtor.


S/Diana M. Dixon, Esquire
Diana M. Dixon, Esquire