**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE**:  Sandra E. Stetler                    Bankruptcy No. 21-12360

Debtor                                      Chapter 13

**NOTICE TO ALL CREDITORS**

Debtor**, Sandra E. Stetler,** has filed an Amended Schedule A-B and an Amended Schedule C.

Debtor's vehicle was totaled and she filed an Amended Schedule A-B to reflect the current value of the car and filed an Amended Schedule C to exempt the value of the car.

If you object to the amended Schedule A-B or Amended Schedule C, you must file an objection with the Court on or before **April 16, 2025** explaining your position at U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107 - 4299.  If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above.

Please mail a copy of your answer to the attorney listed below.

If you do not file an objection by **April 16, 2025**, the Debtor will filed a Certificate of No Response with the court listed above.

If you file an objection, a court hearing will be scheduled at a later date.

DATE:  April 2, 2025

S/ Diana M. Dixon
Diana M. Dixon
107 N. Broad Street
Doylestown, PA  18901