**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sandra E. Stetler | Bankruptcy No. 21-12360 |
| Debtor | Chapter 13 |

**CERTIFICATION OF SERVICE**

Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on April 2, 2025, pursuant to the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania, she did post, by regular mail or by electronic means, a copy of the Amended Schedule A-B and Schedule C and Notice and Response Deadline to the creditors on the matrix, all parties in interest and on the service list as well as all creditors who entered an appearance and to the following:

Kenneth E. West, Trustee
PO Box 40837
Philadelphia, PA  19107

Office of the United States Trustee
Robert N C Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Sandra E. Stettler
874 W. Cedarville Road
Pottstown, PA  19465

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

S/Diana M. Dixon, Esq.
Diana M. Dixon, Esq.
107 N. Broad Street   Suite 307
Doylestown, PA  18901
215-534-1258