UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Sandra E. Stetler             Bankruptcy No. 21-12360

Debtor             Chapter 13

AND NOW, upon consideration of the Debtor's Motion to Modify Plan Post Confirmation **(Doc. #66)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Corrected Second Modified Plan Post Confirmation **(Doc. # 78)** is **APPROVED**.

**Date:** April 17, 2025

_____
**Ashely M. Chan**
**CHIEF U.S. BANKRUPTCY JUDGE**