### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sandra E. Stetler | Bankruptcy No. 21-12360 |
| Debtor | Chapter 13 |

### CERTIFICATION OF NO RESPONSE

**Diana M. Dixon**, Attorney for the Debtor in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regards to the Amended Schedules A-B and C on or before April 20, 2025 which is more than fifteen days (15) days from when the Amended Schedules were served.

S/Diana M. Dixon, Esq.
Diana M. Dixon, Esq.