UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Sandra E. Stetler             Bankruptcy No. 21-12360

        Debtor                        Chapter 13

**ORDER**

**AND NOW,** this _____ day of _____, 2025 upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2

It is Ordered that a Fee in the amount of $1,000.00 is Approved for Diana M. Dixon, Esq. in relation to services rendered for modifying the plan post confirmation.

Upon approval of the Supplemental Fee Application, the Trustee shall pay counsel's administrative priority fees in accordance with the modified plan.

By the Court:

**Date: April 21, 2025**

_____

Ashely M. Chan

CHIEF U.S. BANKRUPTCY JUDGE