IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sandra E. Stetler a/k/a Sandra E. Arasin<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>21-12360-amc |
| Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>　　　Movant.<br>v.<br><br>Sandra E. Stetler a/k/a Sandra E. Arasin<br>　　　Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                   Respectfully submitted,

Dated: February 9, 2026               BY: /s/ William E. Miller
                                                  Heather Riloff 309906
                                                  Leslie J. Rase 58365
                                                  William E. Miller 308951
                                                  LOGS Legal Group LLP
                                                  985 Old Eagle School Road, Suite 514
                                                  Wayne, PA 19087
                                                  (610) 278-6800
                                                  logsecf@logs.com

LLG File #: 22-067184

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sandra E. Stetler a/k/a Sandra E. Arasin<br>          Debtor, | BANKRUPTCY CASE NUMBER<br>21-12360-amc |
| Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>          Movant.<br>v.<br><br>Sandra E. Stetler a/k/a Sandra E. Arasin<br>          Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>          Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

     I, William E. Miller, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 9th day of February, 2026:

Sandra E. Stetler a/k/a Sandra E. Arasin
874 W Cedarville Road
Pottstown, PA 19465

Diana M. Dixon
PO Box 8333
Suite 307
Wayne, PA 19087 - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com - VIA ECF

Dated: February 9, 2026

BY: /s/ William E. Miller
Heather Riloff 309906
Leslie J. Rase 58365
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com