Certificate Number: 15317-PAE-DE-041403772

Bankruptcy Case Number: 21-12360

15317-PAE-DE-041403772

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 3, 2026, at 9:36 o'clock AM PDT, Sandra E Stetler completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 3, 2026

By: /s/EJ Borromeo

Name: EJ Borromeo

Title: Credit Counselor